```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 04152
    MARILYN T JACKSON
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-5519


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 02/22/2008 and was not confirmed.

    The case was dismissed without confirmation 05/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------------
WELLS FARGO BANK          NOTICE ONLY    NOT FILED          .00          .00
ASSET ACCEPTANCE CORP     UNSEC W/INTER     348.62          .00          .00
SPRINT PCS                UNSEC W/INTER  NOT FILED          .00          .00
ST MARGARET MERCY         UNSEC W/INTER  NOT FILED          .00          .00
INGALLS HOSPITAL          UNSEC W/INTER  NOT FILED          .00          .00
CITY OF HARVEY            UNSEC W/INTER  NOT FILED          .00          .00
US CELLULAR CHICAGO       UNSEC W/INTER  NOT FILED          .00          .00
AT&T BROADBAND            UNSEC W/INTER  NOT FILED          .00          .00
AT&T BROADBAND            UNSEC W/INTER  NOT FILED          .00          .00
INGALLS MIDWEST EMERGENC  UNSEC W/INTER  NOT FILED          .00          .00
SUBURBAN EMERGENCY PHYSI  UNSEC W/INTER  NOT FILED          .00          .00
SUBURBAN EMERGENCY PHYSI  UNSEC W/INTER  NOT FILED          .00          .00
ST FRANCIS HOSPITAL       UNSEC W/INTER  NOT FILED          .00          .00
MIDWEST EMERGENCY ASSOC   UNSEC W/INTER  NOT FILED          .00          .00
MIDWEST EMERGENCY ASSOC   UNSEC W/INTER  NOT FILED          .00          .00
COX COMMUNICATIONS        UNSEC W/INTER  NOT FILED          .00          .00
RADIOLOGY IMAGING CONSUL  UNSEC W/INTER  NOT FILED          .00          .00
MIDAMERICA CARDIOVASCULA  UNSEC W/INTER  NOT FILED          .00          .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER   10439.87          .00          .00
INGALLS MEMORIAL HOSPITA  UNSEC W/INTER  NOT FILED          .00          .00
SOUTH SUBURBAN NEUROLOGY  UNSEC W/INTER  NOT FILED          .00          .00
GREGORY EMERGENCY PH      UNSEC W/INTER  NOT FILED          .00          .00
GREGORY EMERGENCY PH      UNSEC W/INTER  NOT FILED          .00          .00
GREGORY EMERGENCY PH      UNSEC W/INTER  NOT FILED          .00          .00
GREGORY EMERGENCY PH      UNSEC W/INTER  NOT FILED          .00          .00
GREGORY EMERGENCY PH      UNSEC W/INTER  NOT FILED          .00          .00
GREGORY EMERGENCY PHYS    UNSEC W/INTER  NOT FILED          .00          .00
RMI/MCSI                  UNSEC W/INTER    1300.00          .00          .00
RMI/MCSI                  UNSEC W/INTER  NOT FILED          .00          .00
VILLAGE OF DOLTON         UNSEC W/INTER  NOT FILED          .00          .00
DAIMLER CHRYSLER          SECURED         25000.00          .00          .00
DAIMLER CHRYSLER          UNSEC W/INTER     911.39          .00          .00
WELLS FARGO MORTGAGE      CURRENT MORTG       .00           .00          .00
WELLS FARGO MORTGAGE      MORTGAGE ARRE       .00           .00          .00
COOK COUNTY TREASURER     SECURED          2924.00          .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 04152 MARILYN T JACKSON
```

```
FOUNTAIN CREST #2 CONDO    SECURED            3000.00              .00              .00
NICOR GAS                  SECURED            4463.00              .00              .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER      2445.01              .00              .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER       634.48              .00              .00
TRIUMPH PARTNERSHIPS       UNSECURED           738.82              .00              .00
ERNESTO D BORGES JR        DEBTOR ATTY            .00                               .00
TOM VAUGHN                 TRUSTEE                                                  .00
DEBTOR REFUND              REFUND                                                   .00
```

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                             RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                             ---------------      ---------------
TOTALS                           .00                     .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 08/26/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE